**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In The Matter Of:                        In Bankruptcy:

BETTIE A WILLIAMS                Case No. 07-63088-PJS
LAMAR G CARDENAS                Chapter 7
                                           Hon. PHILLIP J. SHEFFERLY
               Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

       The attached check in the amount of $2.26 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Consumers Energy Company<br>Attn: MGWilson EP11-451<br>One Energy Plaza<br>Jackson, MI 49201 | 16 | $2.26 |

                                                     **Total: $2.26**

                                                Respectfully Submitted,

                                                /s/ Gene R. Kohut
                                                21 Kercheval Avenue, Suite 285
                                                Grosse Pointe Farms, MI 48236
                                                Phone: (313) 886-9765
                                                E-mail: ecftrustee@gktrustee.com
Dated: 03/10/2010                             [P47413]